# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States

Plaintiff(s),

vs.

Jose Montufar-Canales

Defendant(s).

2:14-cr-00242-JCM-VCF

## SUBSTITUTION OF ATTORNEY

Jose Montufar-Canales (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

L. Courtney Nelson
(New Attorney)

(Address): 2050 S. Eastern Ave. Las Vegas, NV 89104

(Telephone): (702) 333-2703 , as attorney of record in place and

stead of: Bennair R. Bateman
(Present Attorney)

DATED: 3/26/15                         Jose Luis
                                       (Signature of Party)

I consent to the above substitution.

DATED: March 19, 2015                  Ben Bateman
                                       (Signature of Present Attorney)

. . .

. . .

. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 3/26/2015

_____
(Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: March 30, 2015

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

2